# United States Court of Appeals for the Federal Circuit

---

**ONTEL PRODUCTS CORPORATION,**
*Appellant*

v.

**GUY A. SHAKED INVESTMENTS LTD.,**
*Appellee*

---

2022-1938

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00052.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**DISMISSED**

FOR THE COURT

December 19, 2023
Date

Jarrett B. Perlow
Clerk of Court